■ VERA BUXHOEVEDEN v. ROBERTA R. LEAMAN, Now Known as ROBERTA R. BUXHOEVEDEN.— Motion to dispense with printing granted to the extent of dispensing with the printing in the record on appeal of the exhibits set forth in the moving papers herein, on condition that the appellant files one copy of each exhibit with this court and furnishes the respondent with one

copy of each exhibit on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.